Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−12495−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony O. Muns
2854 Polk Avenue
Camden, NJ 08105

Deborah A. Muns
2854 Polk Avenue
Camden, NJ 08105

Social Security No.:
xxx−xx−6967                                          xxx−xx−6477

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 3, 2016.

On 11/30/16 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              January 4, 2017
Time:                10:00 AM
Location:           4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 2, 2016
JJW: dmb

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Anthony O. Muns
Deborah A. Muns
     Debtors

Case No. 16-12495-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Dec 02, 2016
                       Form ID: 185     Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2016.

```
db/jdb         +Anthony O. Muns,    Deborah A. Muns,    2854 Polk Avenue,    Camden, NJ 08105-4020
515994703     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998)
515994702      Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
516069640     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515994704      Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516172281      CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
515994705     +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516022209      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515994707      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
515994708     +Chase/Bank One,    PO Box 15298,    Wilmington, DE 19850-5298
515994710     +Citibank, N.A.,    c/o Tenaglia & Hunt,    295 West Passaic Street, Ste 205,
                 Rochelle Park, NJ 07662-3002
515994709     +Citibank, N.A.,    701 E. 60th Street N.,    Sioux Falls, SD 57104-0493
515994711     +Comenity Bank/FLLBEAUTY,    PO Box 182789,    Columbus, OH 43218-2789
515994712     +Comenity Bank/JSSCLNDN,    PO Box 182789,    Columbus, OH 43218-2789
515994713      Comenity Bank/My BJ's Perks,    PO Box 659450,    San Antonio, TX 78265-9450
515994714     +Comenity Bank/Roamans,    PO Box 182789,    Columbus, OH 43218-2789
516120702     +Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
515994715      Credit First National Association,    PO Box 81315,    Cleveland, OH 44181-0315
515994716     +Credit One Bank,    c/o Midland Funding LLC,    2365 Northside Drive, Ste 300,
                 San Diego, CA 92108-2709
515994720      Fingerhut,    PO Box 166,    Newark, NJ 07101-0166
515994721      Firestone,    PO Box 81307,    Cleveland, OH 44181-0307
515994724     +Macy's,    PO Box 8218,    Mason, OH 45040-8218
516170664     +Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011
516220359     +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
515994728      PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
515994736      The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
515994737     +The Home Depot/Citibank, N.A.,    c/o Slater Tenaglia Fritz & Hunt,
                 395 W. Passaic Street, Ste 205,    Rochelle Park, NJ 07662-3016
515994738     +Town & Country Acceptance Corporation,    13521 Old Hwy 280, Ste 109,
                 Birmingham, AL 35242-1406
516202946     +Velocity Investments LLC,    c/o JD Receivables LLC,    P. O. Box 382656,    Memphis TN 38183-2656
515994740     +Wells Fargo,    PO Box 1416,    Charlotte, NC 28201-1416
515994741     +Wells Fargo Card Service,    PO Box 14517,    Des Moines, IA 50306-3517
516222211     +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
515994742     +Worden and Associates,    15455 Dallas Pkwy, Ste 600,    Addison, TX 75001-6760
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 02 2016 23:22:36      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 02 2016 23:22:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr            +E-mail/Text: bankruptcy@southjerseyfcu.com Dec 02 2016 23:22:35      South Jersey FCU,
                 1615 Hurffville Road,    PO Box 5530,    Deptford, NJ 08096-0530
515998361      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 02 2016 23:24:07
                 American InfoSource LP as agent for,    Spot Loan,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
515994706     +E-mail/Text: roy.buchholz@allianceoneinc.com Dec 02 2016 23:21:46      Capital One Bank,
                 c/o Alliance One Receivables,    PO Box 3111,    Southeastern, PA 19398-3111
515994717     +E-mail/Text: kthompson@crownasset.com Dec 02 2016 23:22:35      Crown Asset Management, LLC,
                 3100 Breckenridge Blvd, Ste 725,    Duluth, GA 30096-7605
515994718     +E-mail/PDF: gecsedi@recoverycorp.com Dec 02 2016 23:24:48
                 Crown Asset Management/Synchrony Bank,    PO Box 965064,    Orlando, FL 32896-5064
515994719      E-mail/Text: mrdiscen@discover.com Dec 02 2016 23:21:47      Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
516017830     +E-mail/Text: mrdiscen@discover.com Dec 02 2016 23:21:47      Discover Bank,
                 Discover Products Inc,    POB 3025,    New Albany Ohio 43054-3025
515994722      E-mail/Text: bnckohlsnotices@becket-lee.com Dec 02 2016 23:21:58      Kohl's,    PO Box 2983,
                 Milwaukee, WI 53201-2983
516217196      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 02 2016 23:24:02
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516173754      E-mail/Text: camanagement@mtb.com Dec 02 2016 23:22:18      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
515994723      E-mail/Text: camanagement@mtb.com Dec 02 2016 23:22:18      M&T Bank,    PO Box 900,
                 Millsboro, DE 19966
515994725     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 02 2016 23:22:32      Midland Credit Mgmt, Inc.,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
515994726     +E-mail/PDF: cbp@onemainfinancial.com Dec 02 2016 23:24:44      One Main Financial,
                 6801 Colwell Blvd,    Irving, TX 75039-3198
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 02, 2016
                              Form ID: 185             Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516217814         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 02 2016 23:24:34
                   Portfolio Recovery Associates, LLC,    c/o Best Buy,   POB 41067,   Norfolk VA 23541
516222146         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 02 2016 23:24:34
                   Portfolio Recovery Associates, LLC,    c/o One Main Financial,   POB 41067,   Norfolk VA 23541
516222177         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 02 2016 23:24:10
                   Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,   POB 41067,
                   Norfolk VA 23541
515994727        +E-mail/PDF: gecsedi@recoverycorp.com Dec 02 2016 23:23:58       Pep Boys/Synchrony Bank,
                   PO Box 960061,   Orlando, FL 32896-0061
516114071         E-mail/Text: bnc-quantum@quantum3group.com Dec 02 2016 23:22:23
                   Quantum3 Group LLC as agent for,   Crown Asset Management LLC,    PO Box 788,
                   Kirkland, WA 98083-0788
516104209         E-mail/Text: bnc-quantum@quantum3group.com Dec 02 2016 23:22:23
                   Quantum3 Group LLC as agent for,   Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
516127206         E-mail/Text: bnc-quantum@quantum3group.com Dec 02 2016 23:22:23
                   Quantum3 Group LLC as agent for,   Comenity Capital Bank,    PO Box 788,
                   Kirkland, WA 98083-0788
516040018         E-mail/Text: bnc-quantum@quantum3group.com Dec 02 2016 23:22:23
                   Quantum3 Group LLC as agent for,   Sadino Funding LLC,    PO Box 788,
                   Kirkland, WA 98083-0788
515994730        +E-mail/PDF: gecsedi@recoverycorp.com Dec 02 2016 23:23:55       SYNCB/Amazon,   PO Box 956015,
                   Orlando, FL 32896-0001
515994731        +E-mail/PDF: gecsedi@recoverycorp.com Dec 02 2016 23:24:23       SYNCB/JC Penney,   PO Box 965007,
                   Orlando, FL 32896-5007
515994732         E-mail/PDF: gecsedi@recoverycorp.com Dec 02 2016 23:23:56       SYNCB/Sams,   PO Box 965005,
                   Orlando, FL 32896-5005
515994733         E-mail/PDF: gecsedi@recoverycorp.com Dec 02 2016 23:24:48       SYNCB/Walmart,   PO Box 965024,
                   Orlando, FL 32896-5024
515994729         E-mail/Text: bankruptcy@southjerseyfcu.com Dec 02 2016 23:22:35
                   South Jersey Federal Credit Union,   PO Box 5530,    Woodbury, NJ 08096-0530
515994734        +E-mail/Text: bankruptcy@td.com Dec 02 2016 23:22:38       TD Bank,   PO Box 219,
                   Lewiston, ME 04243-0219
515994735        +E-mail/Text: bankruptcy@td.com Dec 02 2016 23:22:38       TD Bank,   1701 Route 70 East,
                   Cherry Hill, NJ 08003-2335
515994739        +E-mail/Text: bnc-bluestem@quantum3group.com Dec 02 2016 23:23:09       WebBak/Fingerhut,
                   6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 31

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2016 at the address(es) listed below:
              Eric   Clayman    on behalf of Joint Debtor Deborah A. Muns jenkins.clayman@verizon.net
              Eric   Clayman    on behalf of Debtor Anthony O. Muns jenkins.clayman@verizon.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert J. Malloy    on behalf of Creditor   South Jersey FCU ecf.rjmalloylaw@gmail.com
                                                                                               TOTAL: 6
```