UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

**Order Filed on March 16, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Anthony O. Muns & Deborah Muns,

Debtors.

Case No.: 16-12495-JNP

Adv. No.:

Hearing Date: 2/21/2017 @ 10:00 a.m..

Judge: Jerrold N. Poslusny, Jr.

# ORDER SETTING AMOUNT OF POST-PETITION ARREARS TO BE PAID THROUGH PLAN & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 16, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Anthony O. Muns & Deborah A. Muns
Case No:  16-12495-JNP
Caption of Order:  ORDER SETTING AMOUNT OF POST-PETITION ARREARS TO BE PAID THROUGH PLAN AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Lakeview Loan Servicing, LLC, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 2854 Polk Avenue, Camden, NJ 08105, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Eric Clayman, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of February 21, 2016, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 1, 2016 through February 1, 2017 for a total post-petition default of $5,745.00 (6 @ $957.50); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $5,745.00 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtors' plan confirmed January 4, 2017, provided for payment of pre-petition arrears in the amount of $3,353.65 and post-petition arrears of $8,000.00 for a total of $11,253.65, which overpays Secured Creditor for post-petition arrears;

It is further **ORDERED, ADJUDGED and DECREED** that as of February 1, 2017, the total amount to be paid to Secured Creditor through the plan is **$9,098.65**, consisting of $3,353.65 in pre-petition arrears and $5,745.00 in post-petition arrears; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume March 1, 2017, directly to Secured Creditor's servicer, M&T Bank, P.O. Box 1288, Buffalo, NY 14240 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.