| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br><br>Shauna Deluca, Esq. (SD-8248) | Case No.: 16-12495-JNP<br><br>Chapter: 13<br><br>Hearing Date: August 11, 2020<br><br>Judge: Jerrold N. Poslusny Jr. |
| **In Re:**<br><br>Anthony O. Muns,<br>   Debtor.<br>Deborah A. Muns,<br>   Joint Debtor. | Order Filed on August 18, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

**ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT**

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: August 18, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Debtor(s): Anthony O. Muns and Deborah A. Muns
Case No.: 16-12495-JNP
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**
_____

    The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

(1) Proof of Claim filed on June 6, 2016 as Claim No. 26-1 on the Claims Register.

    ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

    ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.