| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br><br>Shauna Deluca, Esq. (SD-8248) | Case No.: 16-12495-JNP<br><br>Chapter: 13<br><br>Hearing Date: August 11, 2020<br><br>Judge: Jerrold N. Poslusny Jr. |
| **In Re:**<br><br>Anthony O. Muns,<br>    Debtor.<br>Deborah A. Muns,<br>    Joint Debtor. | |

Order Filed on August 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: August 18, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Debtor(s): Anthony O. Muns and Deborah A. Muns
Case No.: 16-12495-JNP
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

_____

    The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

(1) Proof of Claim filed on June 6, 2016 as Claim No. 26-1 on the Claims Register.

    ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

    ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony O. Muns  
Deborah A. Muns  
      Debtors

Case No. 16-12495-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 19, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2020.  
db/jdb        +Anthony O. Muns,   Deborah A. Muns,   2854 Polk Avenue,   Camden, NJ 08105-4020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2020 at the address(es) listed below:

           Denise E. Carlon   on behalf of Creditor   Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Denise E. Carlon   on behalf of Creditor   U.S. Bank, National Association, as Trustee, et. C dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Eric Clayman   on behalf of Joint Debtor Deborah A. Muns jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
           Eric Clayman   on behalf of Debtor Anthony O. Muns jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
           Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           John F Newman   on behalf of Creditor   South Jersey FCU courts@southjerseyfcu.com  
           Joshua I. Goldman   on behalf of Creditor   Lakeview Loan Servicing, LLC josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com  
           Kevin Gordon McDonald   on behalf of Creditor   Lakeview Loan Servicing, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Phillip Andrew Raymond   on behalf of Creditor   Lakeview Loan Servicing, LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com  
           Rebecca Ann Solarz   on behalf of Creditor   Lakeview Loan Servicing, LLC rsolarz@kmllawgroup.com  
           Shauna M Deluca   on behalf of Creditor   PNC BANK, N.A. sdeluca@rasflaw.com  
                                                                                                                                          TOTAL: 12