**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anthony O. Muns | Social Security number or ITIN    xxx–xx–6967 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Deborah A. Muns | Social Security number or ITIN    xxx–xx–6477 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number: 16–12495–JNP | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anthony O. Muns          Deborah A. Muns

3/3/21

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-12495-JNP
Anthony O. Muns  Chapter 13
Deborah A. Muns
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Mar 03, 2021      Form ID: 3180W      Total Noticed: 65

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony O. Muns, Deborah A. Muns, 2854 Polk Avenue, Camden, NJ 08105-4020 |
| 516069640 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 515994710 | + | Citibank, N.A., c/o Tenaglia & Hunt, 295 West Passaic Street, Ste 205, Rochelle Park, NJ 07662-3002 |
| 515994737 | + | The Home Depot/Citibank, N.A., c/o Slater Tenaglia Fritz & Hunt, 395 W. Passaic Street, Ste 205, Rochelle Park, NJ 07662-3016 |
| 516625638 | | U.S. Bank, National Association, as Trustee, et. e, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 516202946 | + | Velocity Investments LLC, c/o JD Receivables LLC, P. O. Box 382656, Memphis TN 38183-2656 |
| 515994739 | + | WebBak/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 515994742 | + | Worden and Associates, 15455 Dallas Pkwy, Ste 600, Addison, TX 75001-6760 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 03 2021 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2021 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@southjerseyfcu.com | Mar 03 2021 21:21:00 | South Jersey FCU, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 515998361 | | EDI: AIS.COM | Mar 04 2021 01:43:00 | American InfoSource LP as agent for, Spot Loan, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 515994702 | | EDI: BANKAMER.COM | Mar 04 2021 01:38:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 515994703 | | EDI: BANKAMER.COM | Mar 04 2021 01:38:00 | Bank of America, PO Box 982238, El Paso, TX 79998 |
| 515994704 | | EDI: CITICORP.COM | Mar 04 2021 01:38:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516172281 | | EDI: BL-BECKET.COM | Mar 04 2021 01:43:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 515994705 | + | EDI: CAPITALONE.COM | Mar 04 2021 01:38:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 515994706 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Mar 03 2021 21:19:00 | Capital One Bank, c/o Alliance One Receivables, PO Box 3111, Southeastern, PA 19398-3111 |
| 516022209 | | EDI: CAPITALONE.COM | Mar 04 2021 01:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515994709 | + | EDI: CITICORP.COM | | |

Case 16-12495-JNP    Doc 68    Filed 03/05/21    Entered 03/06/21 00:21:12    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: 3180W | Total Noticed: 65 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 04 2021 01:38:00 | Citibank, N.A., 701 E. 60th Street N., Sioux Falls, SD 57104-0493 |
| 515994711 | + | EDI: WFNNB.COM | Mar 04 2021 01:38:00 | Comenity Bank/FLLBEAUTY, PO Box 182789, Columbus, OH 43218-2789 |
| 515994712 | + | EDI: WFNNB.COM | Mar 04 2021 01:38:00 | Comenity Bank/JSSCLNDN, PO Box 182789, Columbus, OH 43218-2789 |
| 515994713 | | EDI: WFNNB.COM | Mar 04 2021 01:38:00 | Comenity Bank/My BJ's Perks, PO Box 659450, San Antonio, TX 78265-9450 |
| 515994714 | + | EDI: WFNNB.COM | Mar 04 2021 01:38:00 | Comenity Bank/Roamans, PO Box 182789, Columbus, OH 43218-2789 |
| 516120702 | + | EDI: CRFRSTNA.COM | Mar 04 2021 01:38:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 515994715 | | EDI: CRFRSTNA.COM | Mar 04 2021 01:38:00 | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 515994716 | + | EDI: MID8.COM | Mar 04 2021 01:43:00 | Credit One Bank, c/o Midland Funding LLC, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2709 |
| 515994717 | + | Email/Text: kthompson@crownasset.com | Mar 03 2021 21:21:00 | Crown Asset Management, LLC, 3100 Breckenridge Blvd, Ste 725, Duluth, GA 30096-7605 |
| 515994718 | + | EDI: RMSC.COM | Mar 04 2021 01:38:00 | Crown Asset Management/Synchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 515994724 | | EDI: CITICORP.COM | Mar 04 2021 01:38:00 | Macy's, PO Box 8218, Mason, OH 45040 |
| 515994719 | | EDI: DISCOVER.COM | Mar 04 2021 01:38:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 516017830 | + | EDI: DISCOVER.COM | Mar 04 2021 01:38:00 | Discover Bank, Discover Products Inc, POB 3025, New Albany Ohio 43054-3025 |
| 515994720 | | EDI: BLUESTEM | Mar 04 2021 01:43:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 515994721 | | EDI: CRFRSTNA.COM | Mar 04 2021 01:38:00 | Firestone, PO Box 81307, Cleveland, OH 44181-0307 |
| 515994707 | | EDI: JPMORGANCHASE | Mar 04 2021 01:38:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 515994708 | | EDI: JPMORGANCHASE | Mar 04 2021 01:38:00 | Chase/Bank One, PO Box 15298, Wilmington, DE 19850-5229 |
| 515994722 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 03 2021 21:19:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 516217196 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2021 21:34:46 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516173754 | | Email/Text: camanagement@mtb.com | Mar 03 2021 21:20:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 515994723 | | Email/Text: camanagement@mtb.com | Mar 03 2021 21:20:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 515994725 | + | EDI: MID8.COM | Mar 04 2021 01:43:00 | Midland Credit Mgmt., Inc., 8875 Aero Drive, Ste 200, San Diego, CA 92123-2255 |
| 516170664 | + | EDI: MID8.COM | Mar 04 2021 01:43:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 515994726 | + | EDI: AGFINANCE.COM | Mar 04 2021 01:38:00 | One Main Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 516220359 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 03 2021 21:20:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 515994728 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

Case 16-12495-JNP    Doc 68    Filed 03/05/21    Entered 03/06/21 00:21:12    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: 3180W | Total Noticed: 65 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Mar 03 2021 21:20:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 516217814 | | EDI: PRA.COM | Mar 04 2021 01:38:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 516222146 | | EDI: PRA.COM | Mar 04 2021 01:38:00 | Portfolio Recovery Associates, LLC, c/o One Main Financial, POB 41067, Norfolk VA 23541 |
| 516222177 | | EDI: PRA.COM | Mar 04 2021 01:38:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 515994727 | + | EDI: RMSC.COM | Mar 04 2021 01:38:00 | Pep Boys/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 516040018 | | EDI: Q3G.COM | Mar 04 2021 01:38:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516104209 | | EDI: Q3G.COM | Mar 04 2021 01:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516114071 | | EDI: Q3G.COM | Mar 04 2021 01:38:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516127206 | | EDI: Q3G.COM | Mar 04 2021 01:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 515994730 | + | EDI: RMSC.COM | Mar 04 2021 01:38:00 | SYNCB/Amazon, PO Box 956015, Orlando, FL 32896-0001 |
| 515994731 | + | EDI: RMSC.COM | Mar 04 2021 01:38:00 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 515994732 | | EDI: RMSC.COM | Mar 04 2021 01:38:00 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 515994733 | | EDI: RMSC.COM | Mar 04 2021 01:38:00 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 515994729 | | Email/Text: courts@southjerseyfcu.com | Mar 03 2021 21:21:00 | South Jersey Federal Credit Union, PO Box 5530, Woodbury, NJ 08096-0530 |
| 515994735 | | EDI: TDBANKNORTH.COM | Mar 04 2021 01:43:00 | TD Bank, 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 515994734 | | EDI: TDBANKNORTH.COM | Mar 04 2021 01:43:00 | TD Bank, PO Box 219, Lewiston, ME 04243 |
| 515994736 | | EDI: CITICORP.COM | Mar 04 2021 01:38:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516625639 | | Email/Text: jennifer.chacon@spservicing.com | Mar 03 2021 21:22:00 | U.S. Bank, National Association, as Trustee, C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 515994740 | + | EDI: WFFC.COM | Mar 04 2021 01:38:00 | Wells Fargo, PO Box 1416, Charlotte, NC 28201-1416 |
| 515994741 | + | EDI: WFFC.COM | Mar 04 2021 01:38:00 | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |
| 516222211 | + | EDI: WFFC.COM | Mar 04 2021 01:38:00 | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID     Bypass Reason     Name and Address**

515994738    ##+    Town & Country Acceptance Corporation, 13521 Old Hwy 280, Ste 109, Birmingham, AL 35242-1406

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021               Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Denise E. Carlon
    on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank  National Association, as Trustee, et. C dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman
    on behalf of Joint Debtor Deborah A. Muns mail@jenkinsclayman.com  connor@jenkinsclayman.com

Eric Clayman
    on behalf of Debtor Anthony O. Muns mail@jenkinsclayman.com  connor@jenkinsclayman.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John F Newman
    on behalf of Creditor South Jersey FCU courts@southjerseyfcu.com

Joshua I. Goldman
    on behalf of Creditor Lakeview Loan Servicing  LLC josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor Lakeview Loan Servicing  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Phillip Andrew Raymond
    on behalf of Creditor Lakeview Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor Lakeview Loan Servicing  LLC rsolarz@kmllawgroup.com

Shauna M Deluca
    on behalf of Creditor PNC BANK  N.A. sdeluca@raslg.com

TOTAL: 12